No. 94–6942. JORGE TORRES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–6943. HERNANDEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6944. SPAULDING *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–6950. JOHNSON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6952. HENSLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6953. SPEER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6954. HICKSON, AKA PRATT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6955. YOUNG *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 94–6959. FISHER *v.* NORTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 94–6960. HESS *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 94–6962. MOBLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6964. MOREHEAD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6965. MITCHELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6969. OUTLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6972. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.